IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RACHEL N. SCHULTZ,

    Plaintiff,                                              JUDGMENT IN A CIVIL CASE

v.                                                                          Case No. 13-v-111-bbc

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the decision of the defendant Commissioner of Social Security Administration is affirmed and plaintiff Rachel N. Schultz's appeal is dismissed.


    s/Peter Oppeneer                                          11/22/2013
Peter Oppeneer, Clerk of Court                            Date