IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RACHEL N. SCHULTZ,

    Plaintiff,

v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-v-111-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the decision of the defendant Commissioner of Social Security Administration is affirmed and plaintiff Rachel N. Schultz's appeal is dismissed.

| s/Peter Oppeneer | 11/22/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |